IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH EVERAGE,

    Petitioner,

-vs-

TARRY WILLIAMS,

    Respondent.                              No. 12-cv-27-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 30, 2014 (Doc. 26), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**. The Court further **DENIES** Petitioner a Certificate of Appealability.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:  *s/Caitlin Fischer*
                                                Deputy Clerk

**DATED:** September 30, 2014

Digitally signed by David R. Herndon
Date: 2014.09.30 13:54:20 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**